**Mark Anthony BELL, Plaintiff—Appellant,**

v.

**Mr. BROOKS, Warden; John Doe, Institutional Doctor; Ms. Appante, Hospital Administrator, Defendants—Appellees,**

and

**Ms. Apontay, Medical Administrator, Defendant.**

No. 05–6524.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 29, 2005.

Decided: Oct. 6, 2005.

Mark Anthony Bell, Appellant Pro Se. Anita Claire Snyder, Office of the United States Attorney, Alexandria, Virginia, for Appellees.

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mark Anthony Bell appeals the district court's order denying relief on his *Bivens* * complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Bell v. Brooks*, No. CA–03–938–1 (E.D.Va. Mar. 14, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*

* *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct.